# NO. 12-18-00295-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *LARRY BROWN AND JBS CARRIERS, INC.,* | § | *ORIGINAL PROCEEDING* |
| | § | |
| *RELATORS* | | |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Larry Brown and JBS Carriers, Inc. filed an original mandamus proceeding to challenge Respondent's order striking their Chapter 18 counter-affidavit.[1] On March 5, 2019, this Court conditionally granted the petition and directed Respondent to vacate his October 1, 2018, order granting Josue Saucedo's motion to strike the controverting affidavit of Jana Schieber and issue an order denying the motion. By an order signed on March 27, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss the petition for writ of mandamus as ***moot***.

Opinion delivered April 10, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)

---

[1] Respondent is the Honorable Robert K. Inselmann, Jr., Judge of the 217th Judicial District Court in Angelina County, Texas. Josue Saucedo is the Real Party in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

APRIL 10, 2019

NO. 12-18-00295-CV

**LARRY BROWN AND JBS CARRIERS, INC.,**
Relators
V.

**HON. ROBERT K. INSELMANN, JR.,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Larry Brown and JBS Carriers, Inc.; who are the relators in appellate cause number 12-18-00295-CV and parties to trial court cause number CV-00030-18-01, pending on the docket of the 217th Judicial District Court of Angelina County, Texas. Said petition for writ of mandamus having been filed herein on October 25, 2018, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*